CLERK'S OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED

JAN 0 4 2007

JOHN F. CORCORAN, CLERK
BY: /s/ 
   DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
## LYNCHBURG DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 6:06cr00032–002 |
| v. | ORDER |
| GWENDOLYN JEAN CONWAY,<br>*Defendant* | JUDGE NORMAN K. MOON |

By order of this Court, the guilty plea hearing in this matter was referred to the Honorable Michael F. Urbanski, United States Magistrate Judge, pursuant to 28 U.S.C. §636(b)(3), for proposed findings of fact and a recommended disposition. Judge Urbanski filed his Report and Recommendation ("Report") on December 14, 2006, recommending that this Court accept Defendant's plea of guilty to Counts One and Ten of the indictment and adjudge her guilty of those offenses.

After a careful review of the record and no objection having been filed to the Report within ten days of its service upon the parties, this Court ADOPTS the report in its entirety, FINDS the Defendant guilty of Counts One and Ten of the indictment, ADJUDGES her guilty of those offenses, and DISMISSES Count Nine of the indictment. A presentence report in this matter shall be PREPARED.

It is so ORDERED.

The Clerk of the Court is hereby directed to send a certified copy of this Order to all counsel of record and to the Defendant.

ENTERED: /s/ Norman K. Moon
United States District Judge

Date: January 4, 2007